# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| **WARNER BROS. RECORDS INC.,** a Delaware corporation; **ARISTA RECORDS LLC**, a Delaware limited liability company, **PRIORITY RECORDS LLC**, a California limited liability company; **ATLANTIC RECORDING CORPORATION**, a Delaware corporation; **SONY BMG MUSIC ENTERTAINMENT**, a Delaware general partnership; and **UMG RECORDINGS, INC.**, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 07-0170-CG-C ) |
| **LAWRENCE WILMER,** | ) ) |
| Defendant. | ) |

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

This matter is before the court on the Plaintiffs' Motion For Default Judgment (Doc. 12). Upon due consideration, and showing of good cause, it is hereby **ORDERED** and **ADJUDGED** that:

1. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

2. Defendant shall pay Plaintiffs' costs of suit herein in the amount of Five Hundred Fifty Dollars ($550.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing

Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"Get It Up," on album "The Time," by artist "The Time" (SR# 28-936);
"I'm Good at Being Bad," on album "Fanmail," by artist "TLC" (SR# 298-454);
"Dopeman," on album "Straight Outta Compton," by artist "NWA" (SR# 150-531);
"Take It to da House," on album "Thugs Are Us," by artist "Trick Daddy" (SR# 303-748);
"Funkdafied," on album "Fundafied," by artist "Da Brat" (SR# 199-136);
"How Deep Is Your Love," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

**DONE and ORDERED**, this the 1st day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE